UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JENNY HWANG, individually and on behalf of all
others similarly situated,

                                  Plaintiffs,

      -against-

TAIM RESTAURANT HOLDINGS.

                                  Defendant.
-------------------------------------------------------------------X

Case No. 23-cv-3233

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: September 20, 2023

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC | Golenbock Eiseman Assor Bell & Peskoe LLP |
| By: _____ | By: _____ |
| Mars Khaimov, Esq. | Gina Nicotera, Esq. |
| 100 Duffy Avenue, Suite 510 | 711 Third Avenue |
| Hicksville, New York 11801 | New York, NY 10017 |
| Tel.: 929.324.0717 (direct) | T (212) 907-7306 |
| mars@khaimovlaw.com | gnicotera@golenbock.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:   s/Nicholas G. Garaufis
U.S.D.J               10/4/23

4895-5040-3388.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JENNY HWANG on behalf of herself and all others similarly situated,

              Plaintiff,

              Case 1:23-cv-03233

-against-

TAIM RESTAURANT HOLDINGS LLC

              Defendant,

---

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the attorneys for the parties to this action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, this action, including all claims and counterclaims, is dismissed on the merits, with prejudice, and without costs to any party in this action. Each party will bear its own attorneys' fees.

Dated: October 2, 2023

| By: /s/ Mars Khaimov | By: /s/ Gina Nicotera |
|---|---|
| Mars Khaimov, Esq. | Gina Nicotera, Esq. |
| Mars Khaimov Law, PLLC | Golenblock Eisman Assor Bell & Peskoe |
| Attorney for Plaintiff | Attorney For Defendant |
| 100 Duffy Ave., Suite 510 | T (212) 907-7306 |
| Hicksville, NY 11801 | F (212) 754-0330 |
| T: 929-324-0717 | 711 Third Avenue |
| mars@khaimovlaw.com | New York, NY 10017 |